CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Charlottesville
JUN 15 2005
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROSS EICHNER,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES POSTAL SERVICE;<br>NATIONAL POSTAL MAILHANDLERS UNION,<br><br>*Defendants.* | CIVIL ACTION NO. 3:03-CV-00100<br><br>ORDER AND OPINION<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on a Motions for Summary Judgment by each of the defendants. Defendant United States Postal Service ("USPS") filed its motion on November 9, 2004. Defendant National Postal Mail Handler's Union ("NPMHU") filed its motion on December 3, 2004. After a brief delay in which the discovery deadline was extended, this Court heard oral argument on the motions on March 21, 2005.

For reasons to be discussed in a forthcoming Memorandum Opinion, the Court hereby GRANTS the Motions of Defendants. Accordingly, the matter is hereby DISMISSED.

It is so ORDERED.

The Clerk is directed to STRIKE this case from the docket, and is further directed to send a copy of this Order to all Counsel of record.

ENTERED: *[signature]*
U.S. District Judge

6/15/2005
Date